UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH MARIA GALLOUSIS,

                          Plaintiff,

            -against-

LYNN McKELVEY, et al.,

                          Defendants.

16-CV-2374 (LAP)

ORDER OF DISMISSAL

LORETTA A. PRESKA, United States District Judge:

By order dated April 29, 2016, the Court directed Plaintiff, within thirty days, to submit a fully completed and signed amended request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of this action. Plaintiff has not filed an amended IFP application or paid the fees. Instead, Plaintiff has filed a submission (ECF No. 4) stating that she should be allowed to proceed without having to pay any fees because, among other reasons, the statutes instituting those fees are unlawful. This submission does not comply with the Court's April 29, 2016 order. Accordingly, the Court grants Plaintiff *in forma pauperis* status for the limited purpose of dismissing this action without prejudice. The Court dismisses this action without prejudice, under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the Court's April 29, 2016 order.

The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 11, 2016
         New York, New York

_____
LORETTA A. PRESKA
United States District Judge

2