UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH MARIA GALLOUSIS,

                Plaintiff,

      -against-

LYNN McKELVEY, et al.,

                Defendants.

16-CV-2374 (LAP)

CIVIL JUDGMENT

Pursuant to the order issued October 11, 2016, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice, under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the Court's order.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated:    October 11, 2016
           New York, New York

                         LORETTA A. PRESKA
                      United States District Judge